# Court of Appeals
# of the State of Georgia

ATLANTA,  July 09, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1854.  HUFF v. FERGUSON ENTERPRISES, INC.**

The appeal of the above-referenced case was docketed on May 13, 2013, and the appellant was notified that his enumerations of error and brief were due within 20 days of docketing (i.e., by June 3, 2013). On June 21, 2013, appellee moved to dismiss appellant's appeal for failure to file his enumerations of error and brief. As of June 28, 2013, appellant has still failed to file his enumerations of error and brief and has not moved for an extension of time in which to file. Accordingly, pursuant to Court of Appeals Rules 7 and 23 (a), this appeal is hereby DISMISSED. See *Lambros v. Longiotti*, 189 Ga. App. 837 (378 SE2d 416) (1989).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/09/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*